FILED
2011 Apr-12  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "B-1"

CV11 -50

ANNE-MARIE ADAMS
CLERK OF THE CIRCUIT COURT
TENTH JUDICIAL CIRCUIT OF ALABAMA
400 JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM, ALABAMA 35203

**FILED IN OFFICE**

**FEB 11 2011**

CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

DATE:        November 2, 2010

TO:          Clerk of Bessemer Division

RE:          · CV 2010-903289 Federal Natl Mortgage vs Stephenson Tyrone & Donald Tyeshia

Dear Clerk:

The following case has been transferred to your county, pursuant to Judge Vance's order dated October 13, 2010.  The following documents are included:

1. Cover letter
2. Payment history

The electronically filed case is as it appears in the AlaCourt system.

When you receive this transfer, please immediately send notification to pamela.smith@alacourt.gov.  If you have any questions, please call (205) 325-5355.

Sincerely,

Anne-Marie Adams
Circuit Clerk



IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

FEDERAL NATIONAL MORTGAGE )
ASSOCIATION, )
Plaintiffs, )
)
V. ) Case No.: CV-2010-903289.00
)
STEPHENSON TYRONE, )
DONALD TYESHIA, )
Defendants, )

ORDER

MOTION TO TRANSER filed by FEDERAL NATIONAL MORTGAGE
ASSOCIATION is hereby GRANTED. The Clerk of the Court is directed to
make prompt arrangements for the transfer of this action to the Bessemer
Division.

DONE this 13th day of October, 2010.

/s ROBERT S. VANCE
CIRCUIT JUDGE

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-903289.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

TYRONE STEPHENSON, 1805 CLARENDON AVE, BESSEMER, AL 35020

**NOTICE TO**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY GREGG DEITSCH

WHOSE ADDRESS IS 2311 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL 35205

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of
   pursuant to the Alabama Rules of the Civil Procedure

| 9/9/2010 2:06:30 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested

Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Complaint to _Errol Teague_ *Did not serve*

in _Jefferson_ County, Alabama on _9/9/2010_

_9/9/2010_

Date                    Server's Signature

---

### 01-CV-2010-903289.00
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

| C001 - FEDERAL NATIONAL MORTGAGE ASSOCIATION | v. | D001 - TYRONE STEPHENSON |
|---|---|---|
| Plaintiff | | Defendant |

## FILED IN OFFICE

### SEP 1 4 2010

## ANNE-MARIE ADAMS   SERVICE RETURN COPY
### Clerk

Rec 9/9 Left note

Tyeshia Donald

205-746-3546

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.6/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-201<br>Date of Filing:<br>09/09/2010 |  |

## GENERAL INFORMATION

### IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

**First Plaintiff:** ☑Business ☐Individual ☐Government ☐Other   **First Defendant:** ☐Business ☑Individual ☐Government ☐Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

- ☐WDEA - Wrongful Death
- ☐TONG - Negligence: General
- ☐TOMV - Negligence: Motor Vehicle
- ☐TOWA - Wantonness
- ☐TOPL - Product Liability/AEMLD
- ☐TOMM - Malpractice-Medical
- ☐TOLM - Malpractice-Legal
- ☐TOOM - Malpractice-Other
- ☐TBFM - Fraud/Bad Faith/Misrepresentation
- ☐TOXX - Other:

**TORTS: PERSONAL INJURY**

- ☐TOPE - Personal Property
- ☐TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ABAN - Abandoned Automobile
- ☐ACCT - Account & Nonmortgage
- ☐APAA - Administrative Agency Appeal
- ☐ADPA - Administrative Procedure Act
- ☐ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- ☐MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐CVRT - Civil Rights
- ☐COND - Condemnation/Eminent Domain/Right-of-Way
- ☐CTMP - Contempt of Court
- ☑CONT - Contract/Ejectment/Writ of Seizure
- ☐TOCN - Conversion
- ☐EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐CVUD - Eviction Appeal/Unlawful Detainer
- ☐FORJ - Foreign Judgment
- ☐FORF - Fruits of Crime Forfeiture
- ☐MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐PFAB - Protection From Abuse
- ☐FELA - Railroad/Seaman (FELA)
- ☐RPRO - Real Property
- ☐WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐COMP - Workers' Compensation
- ☐CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F☑ INITIAL FILING   A☐ APPEAL FROM DISTRICT COURT   O☐ OTHER

R☐ REMANDED   T☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐Yes ☑No

**RELIEF REQUESTED:**   ☐MONETARY AWARD REQUESTED ☑NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** DEI001        9/9/2010 2:05:44 PM        /s GREGG DEITSCH

**MEDIATION REQUESTED:**   ☐Yes ☑No ☐Undecided



IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
(BESSEMER DIVISION)

FEDERAL NATIONAL MORTGAGE      *
ASSOCIATION,      *
     *
    Plaintiff,      *
     *   CASE NO.
     *
     *
TYRONE STEPHENSON,      *
     *
    Defendant.      *

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable Court as follows:

1.  Plaintiff, Federal National Mortgage Association, is qualified to do business in Alabama and doing business in Jefferson County, Alabama.

2.  Defendant, Tyrone Stephenson, is over the age of 19 years and is a resident citizen of Jefferson County, Alabama.

3.  Plaintiff avers that by virtue of foreclosure on August 5, 2010, of that certain Mortgage originally between Tyrone Stephenson and Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for America's Wholesale Lender, said mortgage having subsequently been transferred and assigned to Countrywide Home Loans Servicing, L.P. and the property further purchased by Federal National Mortgage Association, Federal National Mortgage Association is the owner of the following-described real property located and situated in Jefferson County, Alabama, to wit:

> The Northwest 130 feet of Lot 10, Block 118, according to Bessemer Land Improvement Company Survey of the City of Bessemer, as recorded in Map Book 5, Page 75, in the Birmingham Division of the Probate Office of Jefferson County, Alabama; being situated in Jefferson County, Alabama, Bessemer Division.
>
> Also known as 1805 Clarendon Ave, Bessemer, AL 35020-5843

However in the event of a discrepancy between the legal description and street address, the legal description shall control.

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4.   Plaintiff avers that on or about August 5, 2010, Plaintiff served or caused to be served upon the Defendant written Demand for Possession of the subject real property pursuant to Section 6-5-251, Code of Alabama (1975). A copy of the aforesaid written Demand for Possession is attached hereto, incorporated by reference and designated as Exhibit "B".

5.   Plaintiff avers that Defendant has lost his right to redeem the property.

6.   Plaintiff avers that Defendant has failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendant has forfeited his right to redemption for failing to vacate the property plus such other, further and different relief Plaintiff is entitled under these premises and costs of court.

/s/ Greggory M. Deitsch
Greggory M. Deitsch (DEI001)
Attorney for Plaintiff
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama 35255
205.930.5225
Fax: 205.930.5101
E-Mail: gdeitsch@sirote.com

OF COUNSEL:
SIROTE & PERMUTT, P.C.

PLAINTIFF'S ADDRESS:
c/o Sirote & Permutt, P.C.

DEFENDANT'S ADDRESS:
Tyrone Stephenson
1805 Clarendon Ave
Bessemer, AL 35020-5843

SEND TAX NOTICE TO:
Bank of America
7105 Corporate Drive, Mail Stop PTX-C-35
Plano, TX 75024

CM #:  63966

STATE OF ALABAMA          )

COUNTY OF JEFFERSON       )

## FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, that

WHEREAS, heretofore, on, to-wit: the 25th day of February, 2004, Tyrone Stephenson, an unmarried man, executed that certain mortgage on real property hereinafter described, to Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for America's Wholesale Lender, which said mortgage was recorded in the Office of the Judge of Probate of Jefferson County, Alabama, in Instrument Number 200460/6747, said mortgage having subsequently been transferred and assigned to Countrywide Home Loans Servicing, L.P., by instrument recorded in Book LR200903, Page 515, in the aforesaid Probate Office ("Transferee"); and

WHEREAS, in and by said mortgage, the Transferee was authorized and empowered in case of default in the payment of the indebtedness secured thereby, according to the terms thereof, to sell said property before the Courthouse door in the City of Bessemer, Jefferson County, Alabama, after giving notice of the time, place, and terms of said sale in some newspaper published in said County by publication once a week for three (3) consecutive weeks prior to said sale at public outcry for cash, to the highest bidder, and said mortgage provided that in case of sale under the power and authority contained in same, the Transferee or any person conducting said sale for the Transferee was authorized to execute title to the purchaser at said sale; and it was further provided in and by said mortgage that the Transferee may bid at the sale and purchase said property if the highest bidder thereof; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage, and the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., did declare all

  

of the indebtedness secured by said mortgage, subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage by publication in the Alabama Messenger, a newspaper of general circulation published in Jefferson County, Alabama, in its issues of July 3, 2010, July 10, 2010, and July 17, 2010; and

WHEREAS, on August 5, 2010, the day on which the foreclosure was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure was duly conducted, and BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P. did offer for sale and sell at public outcry in front of the Courthouse door in Bessemer, Jefferson County, Alabama, the property hereinafter described; and

WHEREAS, Aaron Warner was the auctioneer who conducted said foreclosure sale and was the person conducting the sale for the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P.; and

WHEREAS, Fannie Mae a/k/a Federal National Mortgage Association, was the highest bidder and best bidder in the amount of Ninety-One Thousand Two Hundred Fifty-Three And 60/100 Dollars ($91,253.60) on the indebtedness secured by said mortgage, the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., by and through Aaron Warner as auctioneer conducting said sale and as attorney-in-fact for said Transferee, does hereby grant, bargain, sell and convey unto Fannie Mae a/k/a Federal National Mortgage Association, all of its right, title, and interest in and to the following described property situated in Jefferson County, Alabama, to-wit:

> The Northwest 130 feet of Lot 10, Block 118, according to Bessemer Land Improvement Company Survey of the City of Bessemer, as recorded in Map Book 5, Page 75, in the Birmingham Division of the Probate Office of Jefferson County, Alabama; being situated in Jefferson County, Alabama, Bessemer Division.

TO HAVE AND TO HOLD the above described property unto Fannie Mae a/k/a Federal National Mortgage Association its successors/heirs and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws in the State of Alabama; and also subject to all recorded mortgages, encumbrances, recorded or

  

unrecorded easements, liens, taxes, assessments, rights-of-way, and other matters of record in the aforesaid Probate Office.

    IN WITNESS WHEREOF, BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing L.P., has caused this instrument to be executed by and through Aaron Warner, as auctioneer conducting said sale and as attorney-in-fact for said Transferee, and said Aaron Warner, as said auctioneer and attorney-in-fact for said Transferee, has hereto set his/her hand and seal on this August 5, 2010.

20100018000889180   2/3
Bk: LR201006 Pg:27297
Jefferson County, Alabama
08/18/2010 10 12 45 AM FEE
Fee - $12 00

Total of Fees and Taxes-$12 00
WATCHER

BAC Home Loans Servicing, L.P., f/k/a
Countrywide Home Loans Servicing L.P.

By: _Aaron Warner_

Aaron Warner, Auctioneer and Attorney-In-Fact

STATE OF ALABAMA      )

COUNTY OF JEFFERSON   )

    I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Aaron Warner, acting in his/her capacity as auctioneer and attorney-in-fact for BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of the conveyance, he/she , as such auctioneer and attorney-in-fact and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said Transferee acting in his/her capacity as auctioneer and Attorney-in-fact for said Transferee.

    Given under my hand and official seal on this August 5, 2010.

_Jennifer Russell Brown_

Notary Public    MY COMMISSION EXPIRES MAY 30, 2014
My Commission Expires: _____

This instrument prepared by:
Andy Snag
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, Alabama 35255-5727

STATE OF ALABAMA · JEFFERSON COUNT....
I hereby certify that no mortgage tax or deed tax
has been collected on this instrument

_Alan L. King_  Judge of Probate

"NO TAX COLLECTED"

  



S I R O T E
&
P E R M U T T
A PROFESSIONAL CORPORATION

August 5, 2010

VIA CERTIFIED MAIL 7010 0290 0003 1189 1387 & 7010 0290 0003 1189 1394
RETURN RECEIPT REQUESTED
AND U.S. MAIL

Tyrone Stephenson
2702 Granville Ave
Bessemer, AL  35020-5273

1805 Clarendon Ave
Bessemer, AL  35020-5843

## DEMAND FOR POSSESSION

YOU ARE HEREBY NOTIFIED that, on August 5, 2010, the mortgage loan, secured by real estate located at 1805 Clarendon Ave, Bessemer, AL 35020-5843, was duly foreclosed in accordance with the Power of Sale contained therein.  Federal National Mortgage Association is now the owner of the property.  Your attention is respectfully directed to Section 6-5-251, Code of Alabama (1975), which reads as follows:

Delivery of Possession to Purchaser on Demand.

(a)     The possession of the land must be delivered to the purchaser or purchaser's transferees by the debtor or mortgagor, if in their possession or in the possession of anyone holding under them by privity of title, within ten (10) days after written demand for the possession has been made by, or on behalf of, the purchaser or purchaser's transferees.

(b)     If the land is in the possession of a tenant, written notice must be given to the debtor or mortgagor, and the debtor or mortgagor must direct the tenant to deliver possession or recognize the purchaser as his or her landlord in the event the lease antedates the mortgage, judgment or levy.  If the debtor or mortgagor cannot be found, notice to the tenant is sufficient and he must deliver possession within ten (10) days.

(c)     Failure of the debtor or mortgagor or anyone holding possession under him or her to comply with the provisions of this section forfeits the right of redemption of the debtor or one holding possession under the debtor.

In accordance with, and pursuant to, the statute set forth above, written demand is hereby made upon you to deliver possession of the above-described property to Federal National Mortgage Association within ten (10) days.  Unless possession is delivered within ten (10) days as set forth herein, the debtor(s)' right of redemption will be forfeited.

**\*63966\* \*Vacate\* \*Y\***

*Law Offices and Mediation Centers*
2311 Highland Avenue South    Birmingham, Alabama 35205
Post Office Box 55727    Birmingham, Alabama 35255-5727
URL | http://www.sirote.com

B i r m i n g h a m    |    H u n t s v i l l e    |    M o b i l e

This communication is from a debt collector. If you have any questions in regard to this matter, please feel free to contact our office at (205) 930-5200.

DATED THIS 5TH DAY OF AUGUST, 2010.

FOR:          Federal National Mortgage Association

BY:           _____
              Jonathan Holtzclaw
              Foreclosure Specialist

jh/jh

cc:   Bank of America/Loan #49237526

*Law Offices and Mediation Centers*

2311 Highland Avenue South    Birmingham, Alabama 35205
Post Office Box 55727    Birmingham, Alabama 35255-5727
URL | http://www.shmc.com

B i r m i n g h a m    |    H u n t s v i l l e    |    M o b i l e

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-903289.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

**NOTICE TO**   TYRONE STEPHENSON, 1805 CLARENDON AVE, BESSEMER, AL 35020

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY GREGG DEITSCH

WHOSE ADDRESS IS 2311 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL 35205

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

| 9/9/2010 2:06:39 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ In _____ County, Alabama on _____

| _____ | _____ |
|---|---|
| Date | Server's Signature |



IN THE CIRCUIT COURT OF JEFFERSON COUNTY ALABAMA

FEDERAL NATIONAL MORTGAGE     *
ASSOCIATION     *
    *
      Plaintiff,     *
    *    CASE NO.
VS.     *
    *    CV 2010-903289
TYRONE STEPHENSON     *
TYESHIA DONALD     *

      Defendants.

### AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and adopts and incorporates here and by reference all of the allegations and averments contained in plaintiff's original complaint and further amends by adding as a defendant Tyeshia Donald and for grounds and in support thereof says as follows:

That the defendant, Tyeshia Donald , currently occupies the real property made the basis of this action.

WHEREFORE, PREMISES CONSIDERED Plaintiff demands possession of the aforesaid real property.

           /s/ Greggory M. Deitsch
           Greggory M. Deitsch
           Attorney for Plaintiff
           2311 Highland Avenue South
           P.O. Box 55727
           Birmingham, Alabama 35255
           205.930.5225
           Fax: 205.930.5101
           E-Mail: gdeitsch@sirote.com

OF COUNSEL:
SIROTE & PERMUTT, P.C.

PLAINTIFF'S ADDRESS:
c/o Sirote & Permutt, P.C.

ELECTRONICALLY FILED
9/9/2010 2:08 PM
CV-2014-903288.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
(BESSEMER DIVISION)

IBRAL NATIONAL MORTGAGE
OCIATION,

    Plaintiff,

    CASE NO.

TYRONE STEPHENSON,

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable Court as follows:

1.  Plaintiff, Federal National Mortgage Association, is qualified to do business in Alabama and doing business in Jefferson County, Alabama.

2.  Defendant, Tyrone Stephenson, is over the age of 19 years and is a resident citizen of Jefferson County, Alabama.

3.  Plaintiff avers that by virtue of foreclosure on August 5, 2010, of that certain Mortgage originally between Tyrone Stephenson and Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for America's Wholesale Lender, said mortgage having subsequently been transferred and assigned to Countrywide Home Loans Servicing, L.P. and the property further purchased by Federal National Mortgage Association, Federal National Mortgage Association is the owner of the following-described real property located and situated in Jefferson County, Alabama, to wit:

> The Northwest 130 feet of Lot 10, Block 118, according to Bessemer Land Improvement Company Survey of the City of Bessemer, as recorded in Map Book 5, Page 75, in the Birmingham Division of the Probate Office of Jefferson County, Alabama; being situated in Jefferson County, Alabama, Bessemer Division.

> Also known as 1805 Clarendon Ave, Bessemer, AL 35020-5843

However in the event of a discrepancy between the legal description and street address, the legal description shall control.

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4.   Plaintiff avers that on or about August 5, 2010, Plaintiff served or caused to be served upon the Defendant written Demand for Possession of the subject real property pursuant to Section 6-5-251 Code of Alabama (1975). A copy of the aforesaid written Demand for Possession is attached hereto, incorporated by reference and designated as Exhibit "D".

5.   Plaintiff avers that Defendant has lost his right to redeem the property.

6.   Plaintiff avers that Defendant has failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendant has forfeited his right to redemption for failing to vacate the property plus such other, further and different relief Plaintiff is entitled under these premises and costs of court.

/s/ Greggory M. Deitsch
Greggory M. Deitsch (DEI001)
Attorney for Plaintiff
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama 35255
205.930.5225
Fax: 205.930.5101
E-Mail: gdeitsch@sirote.com

OF COUNSEL:
SIROTE & PERMUTT, P.C.

PLAINTIFF'S ADDRESS:
c/o Sirote & Permutt, P.C.

DEFENDANT'S ADDRESS:
Tyrone Stephenson
1805 Clarendon Ave
Bessemer, AL 35020-5843

SEND TAX NOTICE TO:
Bank of America
7105 Corporate Drive, Mail Stop PTX-C-35
Plano, TX 75024

CM #:   63966

STATE OF ALABAMA            )

COUNTY OF JEFFERSON         )

2010013858589019D        1/3
Bk: LR201006 Pg:27207
Jefferson County,Alabama
I certify this instrument filed on
06/15/2010 10 12 48 AM DOC:
Judge of Probate- Alan L King

### FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, that

WHEREAS, heretofore, on, to-wit: the 25th day of February, 2004, Tyrone Stephenson, an

unmarried man, executed that certain mortgage on real property hereinafter described to Mortgage

Electronic Registration Systems, Inc., acting solely as a nominee for America's Wholesale Lender, which

said mortgage was recorded in the Office of the Judge of Probate of Jefferson County, Alabama, in

Instrument Number 200460/6747, said mortgage having subsequently been transferred and assigned to

Countrywide Home Loans Servicing, L.P., by instrument recorded in Book LR200903, Page 515, in the

aforesaid Probate Office ("Transferee"); and

WHEREAS, in and by said mortgage, the Transferee was authorized and empowered in case of

default in the payment of the indebtedness secured thereby, according to the terms thereof, to sell said

property before the Courthouse door in the City of Bessemer, Jefferson County, Alabama, after giving

notice of the time, place, and terms of said sale in some newspaper published in said County by

publication once a week for three (3) consecutive weeks prior to said sale at public outcry for cash, to the

highest bidder, and said mortgage provided that in case of sale under the power and authority contained in

same, the Transferee or any person conducting said sale for the Transferee was authorized to execute title

to the purchaser at said sale; and it was further provided in and by said mortgage that the Transferee may

bid at the sale and purchase said property if the highest bidder thereof; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage, and

the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., did declare all

  

of the indebtedness secured by said mortgage, subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage by publication in the Alabama Messenger, a newspaper of general circulation published in Jefferson County, Alabama, in its issues of July 3, 2010, July 10, 2010, and July 17, 2010; and

WHEREAS, on August 5, 2010, the day on which the foreclosure was due to be held, under the terms of said notice, between the legal hours of sale, said foreclosure was duly conducted, and BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., did offer for sale and sell at public outcry in front of the Courthouse door in Bessemer, Jefferson County, Alabama, the property hereinafter described; and

WHEREAS, Aaron Warner was the auctioneer who conducted said foreclosure sale and was the person conducting the sale for the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P.; and

WHEREAS, Fannie Mae a/k/a Federal National Mortgage Association, was the highest bidder and best bidder in the amount of Ninety-One Thousand Two Hundred Fifty-Three And 60/100 Dollars ($91,253.60) on the indebtedness secured by said mortgage, the said BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P., by and through Aaron Warner as auctioneer conducting said sale and as attorney-in-fact for said Transferee, does hereby grant, bargain, sell and convey unto Fannie Mae a/k/a Federal National Mortgage Association, all of its right, title, and interest in and to the following described property situated in Jefferson County, Alabama, to-wit:

> The Northwest 130 feet of Lot 10, Block 118, according to Bessemer Land Improvement Company Survey of the City of Bessemer, as recorded in Map Book 5, Page 75, in the Birmingham Division of the Probate Office of Jefferson County, Alabama; being situated in Jefferson County, Alabama, Bessemer Division.

TO HAVE AND TO HOLD the above described property unto Fannie Mae a/k/a Federal National Mortgage Association its successors/heirs and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws in the State of Alabama; and also subject to all recorded mortgages, encumbrances, recorded or

  

unrecorded easements, liens, taxes, assessments, rights-of-way, and other matters of record in the aforesaid Probate Office.

IN WITNESS WHEREOF, BAC Home Loans Servicing, L.P, f/k/a Countrywide Home Loans Servicing L.P., has caused this instrument to be executed by and through Aaron Warner, as auctioneer conducting said sale and as attorney-in-fact for said Transferee, and said Aaron Warner, as said auctioneer and attorney-in-fact for said Transferee, has hereto set his/her hand and seal on this August 5, 2010.

20100818000208160   2/3
Bk: LR201000 Pg:27297
Jefferson County, Alabama
08/13/2010 10 12 46 04 PCD
Fee - $12 00

Total of Fees and Taxes-$12 00
NATCLERK

BAC Home Loans Servicing, L.P, f/k/a
Countrywide Home Loans Servicing L.P.

By: *Aaron Wa...*

Aaron Warner, Auctioneer and Attorney-In-Fact

STATE OF ALABAMA          )

COUNTY OF JEFFERSON    )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Aaron Warner, acting in his/her capacity as auctioneer and attorney-in-fact for BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing L.P., is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of the conveyance, he/she, as such auctioneer and attorney-in-fact and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said Transferee acting in his/her capacity as auctioneer and Attorney-In-fact for said Transferee.

Given under my hand and official seal on this August 5, 2010.

*Jennifer Russell Bm*

Notary Public          MY COMMISSION EXPIRES MAY 30, 2014
My Commission Expires: _____

This instrument prepared by:
Andy Saag
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, Alabama 35255-5727

STATE OF ALABAMA - Jefferson County
I hereby certify that no mortgage tax or deed tax
has been collected on this instrument

*Alan L. King* Judge of Probate

"NO TAX COLLECTED"



S I R O T E
&
P E R M U T T
A PROFESSIONAL CORPORATION

August 5, 2010

VIA CERTIFIED MAIL 7010 0290 0003 1189 1387 & 7010 0290 0003 1189 1394
RETURN RECEIPT REQUESTED
AND U.S. MAIL

Tyrone Stephenson
2702 Granville Ave
Bessemer, AL 35020-5273

1805 Clarendon Ave
Bessemer, AL 35020-5843

### DEMAND FOR POSSESSION

YOU ARE HEREBY NOTIFIED that, on August 5, 2010, the mortgage loan, secured by real estate located at 1805 Clarendon Ave, Bessemer, AL 35020-5843, was duly foreclosed in accordance with the Power of Sale contained therein. Federal National Mortgage Association is now the owner of the property. Your attention is respectfully directed to Section 6-5-251, Code of Alabama (1975), which reads as follows:

Delivery of Possession to Purchaser on Demand.

(a)     The possession of the land must be delivered to the purchaser or purchaser's transferees by the debtor or mortgagor, if in their possession or in the possession of anyone holding under them by privity of title, within ten (10) days after written demand for the possession has been made by, or on behalf of, the purchaser or purchaser's transferees.

(b)     If the land is in the possession of a tenant, written notice must be given to the debtor or mortgagor, and the debtor or mortgagor must direct the tenant to deliver possession or recognize the purchaser as his or her landlord in the event the lease antedates the mortgage, judgment or levy.  If the debtor or mortgagor cannot be found, notice to the tenant is sufficient and he must deliver possession within ten (10) days.

(c)     Failure of the debtor or mortgagor or anyone holding possession under him or her to comply with the provisions of this section forfeits the right of redemption of the debtor or one holding possession under the debtor.

In accordance with, and pursuant to, the statute set forth above, written demand is hereby made upon you to deliver possession of the above-described property to Federal National Mortgage Association within ten (10) days. Unless possession is delivered within ten (10) days as set forth herein, the debtor(s)' right of redemption will be forfeited.

**\*63966\* \*Vacate\* \*Y\***

LAW OFFICES AND MEETING CENTERS
2311 HIGHLAND AVENUE SOUTH   BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727   BIRMINGHAM, ALABAMA 35255-5727
URL | http://www.sirote.com

B i r m i n g h a m    |    H u n t s v i l l e    |    M o b i l e

This communication is from a debt collector. If you have any questions in regard to this matter, please feel free to contact our office at (205) 930-5200.

DATED THIS 5TH DAY OF AUGUST, 2010.

FOR:            Federal National Mortgage Association

BY:             _____
                Jonathan Holtzclaw
                Foreclosure Specialist

jh/jh

cc:    Bank of America/Loan #49237526

LAW OFFICES AND MEDIATION CENTERS
2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727
URL | http://www.sirote.com

Birmingham    |    Huntsville    |    Mobile



**AlaFile E-Notice**

01-CV-2010-903289.00

To:  GREGG DEITSCH
     gdeitsch@sirote.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

The following complaint was FILED on 9/13/2010 2:48:01 PM

Notice Date:     9/13/2010 2:48:01 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903269.00

To:  STEPHENSON TYRONE (PRO SE)
1805 CLARENDON AVE
BESSEMER, AL 35020

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903269.00

The following complaint was FILED on 9/13/2010 2:48:01 PM

Notice Date:    9/13/2010 2:48:01 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00

To:  DEITSCH GREGGORY MICHAEL
     gdeitsch@sirote.com

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON**
01-CV-2010-903289.00

The following complaint was FILED on 9/13/2010 2:48:01 PM

Notice Date:      9/13/2010 2:48:01 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
**JEFFERSON COUNTY, ALABAMA**
**JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM, AL 35203**

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-903289.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

**NOTICE TO**   TYESHIA DONALD, 1605 CLARENDON AVENUE, BESSEMER, AL 35020

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY GREGG DEITSCH

WHOSE ADDRESS IS 2311 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL 35205

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

[x] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[ ] Service by certified mail of this summons is initiated upon the written request of _____
    pursuant to the Alabama Rules of the Civil Procedure

| 9/13/2010 2:48:01 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

[ ] Certified mail is hereby requested

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ In _____ , _____ County, Alabama on _____

_____          _____
Date                        Server's Signature



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  DEITSCH GREGGORY MICHAEL
gdeitsch@sirote.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**FEDERAL NATIONAL MORTGAGE ASSOCIATION V. TYRONE STEPHENSON**
01-CV-2010-903289.00

The following matter was not served on 9/9/2010

D001 STEPHENSON TYRONE
OTHER
FOUND TENANT/DID NOT SERVE

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

A

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-903289.00 |

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

NOTICE TO: TYESHIA DONALD, 1805 CLARENDON AVENUE, BESSEMER, AL 85020

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY GREGG DEITSCH

WHOSE ADDRESS IS 2311 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL 35205

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure;

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of
pursuant to the Alabama Rules of the Civil Procedure

| 9/13/2010 2:50:01 PM | /s ANNE-MARIE ADAMS | **FILED IN OFFICE** |
| Date | Clerk/Register | By |
| | | SEP 2 3 2010 |

ANNE~MARIE ADAMS
Clerk

☐ Certified mail is hereby requested        Plaintiff/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☑ I certify that I personally delivered a copy of the Summons and Complaint to *Tyeshia Donald*  9/17/2010

In *Jefferson* County, Alabama on 9/17/2010

9/17/2010                        *Joe Allen*
Date                             Server's Signature

JOE ALLEN
189 MIZE DRIVE
GREENVILLE, AL 36120
(205) 020-7788
(205)055-5596

### 01-CV-2010-903289.00
### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON

| C001 - FEDERAL NATIONAL MORTGAGE AS | v. | D002 - TYESHIA DONALD |
| Plaintiff | | Defendant |

01-CV-2010-903289.00 0002

**SERVICE RETURN COPY**

| STATE OF ALABAMA | Revised 3/5/08 | Cas... |
| --- | --- | --- |
| Unified Judicial System | | |
| 01-JEFFERSON - BIRMINGHAM | ☐ District Court  ☒ Circuit Court | CV2... |

ELECTRONICALLY FILED
10/11/2010 4:28 PM
CV2010-902686.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**CIVIL MOTION COVER SHEET**

| FEDERAL NATIONAL MORTGAGE ASSOCIATION V. TYRONE STEPHENSON | Name of Filing Party: D002 - DONALD TYESHIA |
| --- | --- |

Name, Address, and Telephone No. of Attorney or Party, If Not Represented,
WESLEY L PHILLIPS
P.O. Box 130488
Birmingham, AL 35213
Attorney Bar No.: PHI053

☐ Oral Arguments Requested

## TYPE OF MOTION

**Motions Requiring Fee**

☐ Default Judgment ($50.00)

☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Judgment on the Pleadings ($50.00)

☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00)

☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Summary Judgment pursuant to Rule 56 ($50.00)

☐ Motion to Intervene ($297.00)

☐ Other _____

pursuant to Rule _____                              ($50.00)

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☐ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☒ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☐ Other _____
pursuant to Rule _____          (Subject to Filing Fee)

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date: 10/11/2010 4:28:06 PM | Signature of Attorney or Party: /s WESLEY L PHILLIPS |
| --- | --- | --- |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
10/12/2010 2:52 PM
CV-2010-903289.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BIRMINGHAM DIVISION

FEDERAL NATIONAL MORTGAGE ASSOC, )
             )
   Plaintiff,          )
             )
             )
VS,              )   Case No.:CV-10-903289
             )
TYRONE STEPHENSON AND     )
TYESHIA DONALD,        )
             )
   Defendants.         )

### MOTION TO DISMISS PURSUANT TO ALA. R. CIV. P. RULES 12(b)(1), (2), (3), & (6)

   COME NOW Defendants Tyrone Stephenson and Tyeshia Donald in the above-styled mater and move this Honorable Court to dismiss the above-styled action due to Plaintiff's failure to properly invoke the Court's jurisdiction over them, and in support of their motion state and show the Court the following:

   1.   Plaintiff filed a Summons and Complaint in this matter in the Birmingham Division of the Jefferson County Circuit Court on September 9, 2010 and an Amended Complaint, to add Tyeshia Donald, as a party defendant on September 13, 2010.

   2.   Plaintiff asserts Ms. Donald was served with the Amended Summons and Complaint on September 17, 2010.

   3.   Defendants' address as listed on the Summons, Complaint, and the purported foreclosure deed as 1805 Clarendon Avenue, Bessemer, Alabama 35020.

   4.   Neither the real property at issue in this matter nor Defendants are located within the jurisdiction of the Birmingham Division of the Jefferson County Circuit Court and Plaintiff and Plaintiff's counsel has filed the instant lawsuit to collect upon a debt in the improper venue,

5.     Rule 12(b), Ala. R. Civ. P. states certain defenses should be made by motion in the first responsive pleading.

6.     Defendants assert this action is to due to be dismissed under Rules 12(b)(1), (2), (3), and (6) of the Alabama Rules of Civil Procedure.

7.     The real property at issue in this matter is located in Bessemer, the named defendants in this action reside in Bessemer, and any action regarding said real property and/or the defendants is due to be adjudicated in the Bessemer Division of the Jefferson County Circuit Court.

8.     "[T]he court at Bessemer has exclusive jurisdiction of all civil actions at law upon causes of action arising in the territorial jurisdiction of that court, and such jurisdiction is limited to suits upon causes of action arising within such territory." Ex parte Central of Georgia Railway Co., 10 So.2d 746, 750 (1942).

9.     "An action must be brought in Bessemer if it 'arises' within the territorial boundaries of the Bessemer Cutoff." Ex parte Alabama Mobile Homes, Inc., 468 So.2d 156, 161-62 (Ala. 1985) citing Local Act No. 213, § 2, p. 62, Ala. Acts 1919.

10.     Accordingly, the real property at issue in the instant action being located in Bessemer, and the instant lawsuit having been filed in the Birmingham Division of the Jefferson County Circuit Court, the issue is the Court's lack of jurisdiction over this matter, and this matter is due to be dismissed as Plaintiff has failed to properly invoke the jurisdiction of this Court over the subject matter as stated in Rule 12(b)(1) and/or over the defendants as stated in Rule 12(b)(2) of the Alabama Rules of Civil Procedure.

11.     Further, having filed this action in the Birmingham Division when it clearly should have been filed in the Bessemer Division, this matter has been filed in an improper venue and is due to be dismissed under Rule 12(b)(3) of the Alabama Rules of Civil Procedure.

12.     Finally, since the entire action lacks jurisdiction over the subject matter and the defendants due to being filed in an improper venue the lawsuit fails to state a claim upon which relief can be granted under Rule 12(b)(6) of the Alabama Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Honorable Court to dismiss this action under Rules 12(b)(1), (2), (3), and (6) of the Alabama Rules of Civil Procedure based upon Plaintiff's failure to properly invoke the jurisdiction of the Court over them, the subject matter involved in this action, and by filing this action in the improper venue.

Respectfully submitted this __11th__ day of __October__, 2010.

s/Wesley L. Phillips
Wesley L. Phillips (PHI053)
Attorney for Defendant

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213-0488
Telephone: (205) 383-3585
Facsimile: (800) 536-0385

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, or electronic mail through the AlaFile system this __11th__ day of __October__, 2010.

Greggory M. Deitsch
SIROTE PERMUTT
PO Box 55727
Birmingham, AL 35255

s/Wesley L. Phillips
OF COUNSEL



**AlaFile E-Notice**

01-CV-2010-903269.00
Judge: ROBERT S. VANCE

To: WESLEY L PHILLIPS
wlp@wphillipslaw.com

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

#### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903269.00

The following matter was FILED on 10/11/2010 4:32:54 PM

D002 DONALD TYESHIA
D001 STEPHENSON TYRONE
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Attorney: PHILLIPS WESLEY LEVON]

Notice Date:     10/11/2010 4:32:54 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To: STEPHENSON TYRONE (PRO SE)
1805 CLARENDON AVE
BESSEMER, AL 35020

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

The following matter was FILED on 10/11/2010 4:32:54 PM

D002 DONALD TYESHIA
D001 STEPHENSON TYRONE
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Attorney: PHILLIPS WESLEY LEVON]

Notice Date:    10/11/2010 4:32:54 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903269.00
Judge: ROBERT S. VANCE

To:  DONALD TYESHIA (PRO SE)
1805 CLARENDON AVENUE
BESSEMER, AL 35020

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903269.00

The following matter was FILED on 10/11/2010 4:32:54 PM

D002 DONALD TYESHIA
D001 STEPHENSON TYRONE
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Attorney: PHILLIPS WESLEY LEVON]

Notice Date:     10/11/2010 4:32:54 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  DEITSCH GREGGORY MICHAEL
gdeitsch@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

The following matter was FILED on 10/11/2010 4:32:54 PM

D002 DONALD TYESHIA
D001 STEPHENSON TYRONE
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Attorney: PHILLIPS WESLEY LEVON]

Notice Date:      10/11/2010 4:32:54 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiffs, | ) ) ) ) |
| V. | ) Case No.: CV-2010-903289.00 ) |
| STEPHENSON TYRONE, DONALD TYESHIA, Defendants. | ) ) ) ) |

### ORDER

Pending is the defendants' MOTION TO DISMISS, which seeks the transfer of this action to the Bessemer Division. The plaintiff is given leave to respond by October 19, 2010, at which time the matter will be taken under submission.

*ComponentOne C1Pdf (Evaluation Version)*

DONE this 12th day of October, 2010.

/s ROBERT S. VANCE
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-903289.00

Judge: ROBERT S. VANCE

To:  DEITSCH GREGGORY MICHAEL
gdeitsch@sirote.com

# NOTICE OF COURT ACTION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON**
01-CV-2010-903289.00

A court action was entered in the above case on 10/12/2010 9:56:25 AM

**D002 DONALD TYESHIA**
**D001 STEPHENSON TYRONE**
**MOTION TO DISMISS PURSUANT TO RULE 12(B)**

[Attorney: PHILLIPS WESLEY LEVON]

Disposition:   PENDING
Judge:         RSV

Notice Date:   10/12/2010 9:56:25 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  PHILLIPS WESLEY LEVON
wlp@wphillipslaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

A court action was entered in the above case on 10/12/2010 9:56:25 AM

D002 DONALD TYESHIA
D001 STEPHENSON TYRONE
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Attorney: PHILLIPS WESLEY LEVON]

Disposition:     PENDING
Judge:           RSV

Notice Date:     10/12/2010 9:56:25 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

**STATE OF ALABAMA**
Unified Judicial System

01-JEFFERSON - BIRMINGHAM

Revised 3/6/08

☐ District Court   ☑ Circuit Court

Case

CV2

CV20

**CIVIL MOTION COVER SHEET**

FEDERAL NATIONAL MORTGAGE ASSOCIATION
V. TYRONE STEPHENSON

Name of Filing Party: C001 - FEDERAL NATIONAL MORTGAGE AS

ELECTRONICALLY FILED
10/18/2010 2:44 PM
CV-2010-903880.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

Name, Address, and Telephone No. of Attorney or Party, if Not Represented.
GREGG DEITSCH
2311 HIGHLAND AVENUE SOUTH
BIRMINGHAM, AL 35205

Attorney Bar No.:  DEI001

☐ Oral Arguments Requested

## TYPE OF MOTION

**Motions Requiring Fee**

☐ Default Judgment ($50.00)
☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐ Judgment on the Pleadings ($50.00)
☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)
☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐ Summary Judgment pursuant to Rule 56($50.00)
☐ Motion to Intervene ($297.00)
☐ Other _____
pursuant to Rule _____ ($50.00)
_____

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☐ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☐ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☑ Other ___Motion to Transer___
pursuant to Rule  unknown      (Subject to Filing Fee)

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐

Date:
10/18/2010 2:43:50 PM

Signature of Attorney or Party:
/s GREGG DEITSCH

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL      NATIONAL     MORTGAGE  *
ASSOCIATION                                      *
                                                        *
    Plaintiff,                        *
                                                        *      CASE NO. CV 2010-903289
VS.                                                  *
                                                        *
TYRONE STEPHENSON                         *
TYESHIA DONALD,                            *
                                                        *
    Defendants.                      *

## MOTION TO TRANSFER

    Now comes the Plaintiff in the above styled cause and moves to transfer this case to the Jefferson County, Bessemer Division, and for grounds in support thereof says as follows:

    1.    This is a complaint in ejectment. The real property made the basis of this action is located in the Jefferson County, Bessemer Division.

    2.    The action was inadvertently filed in the Circuit Court of Jefferson County, Birmingham Division.

                  s/ Greggory M. Deitsch

                  Greggory M. Deitsch (DEI001)
                  Attorney for Sirote & Permutt, P.C.
                  2311 Highland Avenue South
                  Birmingham, Alabama 35250
                  Direct: 205.930.5225
                  Fax: 205.930.5101
                  (DEI001)
                  E-mail: gdeitsch@sirote.com

OF COUNSEL
SIROTE & PERMUTT, P.C.

DOCSBHM\1085000\1\

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion To Transfer has been electronically filed with service of the foregoing pleading served on this 13th day of October, 2010, to all counsel of record listed below:

Wesley L. Phillips
Phillips Law Group, LLC
P.O. Box 130488
Birmingham, AL 35213

s/ Gregory M. Deitsch



**AlaFile E-Notice**

01-CV-2010-903269.00
Judge: ROBERT S. VANCE

To: GREGG DEITSCH
gdeitsch@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903269.00

The following matter was FILED on 10/13/2010 2:44:18 PM

C001 FEDERAL NATIONAL MORTGAGE ASSOCIATION
MOTION TO TRANSER
[Attorney: DEITSCH GREGGORY M]

Notice Date:     10/13/2010 2:44:18 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

 **AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  DEITSCH GREGGORY MICHAEL
gdeitsch@sirote.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

The following matter was FILED on 10/13/2010 2:44:18 PM

C001 FEDERAL NATIONAL MORTGAGE ASSOCIATION
MOTION TO TRANSER
[Attorney: DEITSCH GREGGORY M]

Notice Date:        10/13/2010 2:44:18 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00

Judge: ROBERT S. VANCE

To:   PHILLIPS WESLEY LEVON
wlp@wphillipslaw.com

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
### 01-CV-2010-903289.00

The following matter was FILED on 10/13/2010 2:44:18 PM

C001 FEDERAL NATIONAL MORTGAGE ASSOCIATION
MOTION TO TRANSER
[Attorney: DEITSCH GREGGORY M]

Notice Date:     10/13/2010 2:44:18 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
# BIRMINGHAM DIVISION

FEDERAL NATIONAL MORTGAGE )
ASSOCIATION,
Plaintiffs,                        )
                                   )
V.                                 ) Case No.: CV-2010-903289.00
                                   )
STEPHENSON TYRONE,                 )
DONALD TYESHIA,                    )
Defendants.                        )

## ORDER

MOTION TO TRANSER filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION is hereby GRANTED.  The Clerk of the Court is directed to make prompt arrangements for the transfer of this action to the Bessemer Division.

DONE this 13th day of October, 2010.

/s ROBERT S. VANCE
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  DEITSCH GREGGORY MICHAEL
gdeitsch@sirote.com

# NOTICE OF COURT ACTION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

#### FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON
01-CV-2010-903289.00

A court action was entered in the above case on 10/13/2010 3:32:00 PM

C001 FEDERAL NATIONAL MORTGAGE ASSOCIATION

OTHER

[Attorney: DEITSCH GREGGORY M]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | RSV |
| Notice Date: | 10/13/2010 3:32:00 PM |

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-903289.00
Judge: ROBERT S. VANCE

To:  PHILLIPS WESLEY LEVON
wlp@wphillipslaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**FEDERAL NATIONAL MORTGAGE ASSOCIATION v. TYRONE STEPHENSON**
01-CV-2010-903289.00

A court action was entered in the above case on 10/13/2010 3:32:00 PM

**C001 FEDERAL NATIONAL MORTGAGE ASSOCIATION**

**OTHER**

[Attorney: DEITSCH GREGGORY M]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | RSV |
| Notice Date: | 10/13/2010 3:32:00 PM |

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ANNE-MARIE ADAMS
CLERK OF THE CIRCUIT COURT
TENTH JUDICIAL CIRCUIT OF ALABAMA
400 JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM, ALABAMA 35203

DATE:     November 2, 2010

TO:       Clerk of Bessemer Division

RE:       CV 2010-903289 Federal Natl Mortgage vs Stephenson Tyrone & Donald Tyeshia

Dear Clerk:

The following case has been transferred to your county, pursuant to Judge Vance's order dated October 13, 2010. The following documents are included:

1. Cover letter
2. Payment history

The electronically filed case is as it appears in the AlaCourt system.

When you receive this transfer, please immediately send notification to pamela.smith@alacourt.gov. If you have any questions, please call (205) 325-5355.

Sincerely,

Anne-Marie Adams
Circuit Clerk



IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

FEDERAL NATIONAL MORTGAGE )
ASSOCIATION,
Plaintiffs,                          )
                                     )
V.                                   )  Case No.: CV-2010-903289.00
                                     )
STEPHENSON TYRONE,                   )
DONALD TYESHIA,                      )
Defendants.                          )

ORDER

MOTION TO TRANSER filed by FEDERAL NATIONAL MORTGAGE
ASSOCIATION is hereby GRANTED.  The Clerk of the Court is directed to
make prompt arrangements for the transfer of this action to the Bessemer
Division.

DONE this 13th day of October, 2010.

/s ROBERT S. VANCE
CIRCUIT JUDGE